**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SHANNON PANTOJA,

      Plaintiff,

v.                                                       Case No:   6:24-cv-1079-WWB-LHP

MATTRESS FIRM,

      Defendant

## ORDER

Before the Court is Plaintiff's Short-Form Discovery Motion.  Doc. No. 39. Plaintiff moves to quash and/or for a protective order regarding a subpoena directed to her current employer, Parallon Health Information Solutions, LLC, (Doc. No. 39-1, at 3–6) which seeks information from her personnel file.   Plaintiff argues that the subpoena seeks cumulative information already obtained in discovery and that the subpoena is overbroad and seeks irrelevant information.  *Id.*

Although the motion states that Defendant opposes, *id.* at 3, Defendant has not responded to the motion, and its time for doing so expired on September 23, 2025.  *See* Doc. No. 18 ¶ 5 (providing that opposition briefing to a discovery motion must be filed no later than five days after the motion).   Accordingly, the Court

deems the motion to be unopposed. *See id.* (stating that failure to file a timely response *will* result in the discovery motion being deemed unopposed); *see also Weaver v. Green Sols. of Fla. LLC*, No. 6:23-cv-2059-CEM-LHP, 2024 WL 4275221, at *1 (M.D. Fla. Sept. 24, 2024) (granting motion to compel as unopposed when opposing party failed to file a timely response in accordance with Standing Discovery Order); *Westchester Surplus Lines Ins. Co. v. Paramount Disaster Recovery, LLC*, No. 6:18-cv-1738-Orl-37DCI, 2019 WL 5294804, at *1 (M.D. Fla. Apr. 19, 2019) ("The Court routinely grants motions as unopposed where the opposing parties have not filed a response in opposition to the motion.").

Absent any opposition from Defendant, the Court finds Plaintiff's motion (Doc. No. 39) well taken. Accordingly, Plaintiff's motion (Doc. No. 39) is **GRANTED**, to the extent that the subpoena directed to Parallon Health Information Solutions, LLC (Doc. No. 39-1, at 3–6) is hereby **QUASHED**.

**DONE** and **ORDERED** in Orlando, Florida on September 24, 2025.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record